# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

January 30, 2025

*<u>Via Electronic Filing</u>*
The Hon. Judge Edgardo Ramos, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *Pastor v. Sagal Fish Market Inc. et al*
                   <u>Case No.: 24-cv-03899</u>

Dear Honorable Judge Ramos:

      This law firm represents Defendants Sagal Fish Market Inc., Fernando Sanchez, and Adalgisa Hernandez (collectively, the "Defendants") in the above-referenced matter. This letter is filed jointly with counsel for Plaintiff Lourdes Pastor (the "Plaintiff").

      Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in Your Honor's January 71, 2025 Memo Endorsement, this joint letter respectfully serves to provide the Court with a status update in the above-referenced matter.

      The parties have reached a settlement-in-principle in the above-referenced action. The parties respectfully request that all pending deadlines and appearances be adjourned, *sine die*, and that the parties be provided to, through and including, March 9, 2025, to file the necessary paperwork to effectuate the dismissal of the instant action.

      Thank you, in advance, for your time and attention to this matter.

                                        Respectfully submitted,

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                        By:  */s/ Jason Mizrahi*
                             Jason Mizrahi, Esq.
                             60 East 42nd Street, Suite 4700
                             New York, New York 10165
                             Tel. No.: (212) 792-0048
                             Email: Jason@levinepstein.com
                             *Attorneys for Defendants*

VIA ECF: All Counsel