UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOURDES PASTOR,

                Plaintiff,

– against –

SAGAL FISH MARKET INC., FERNANDO SANCHEZ, *and* ADALGISA HERNANDEZ,

                Defendants.

**ORDER**

24 Civ. 3899 (ER)

RAMOS, D.J.:

    The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by no later than March 9, 2025.

It is SO ORDERED.

Dated:    February 3, 2025
            New York, New York

                                                                Edgardo Ramos, U.S.D.J.