**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

**MEMO ENDORSED**

> The request is granted. The deadline for Pastor to submit the Cheeks motion is extended to March 17, 2025.
>
> SO ORDERED.
>
> _[signature]_
> Edgardo Ramos, U.S.D.J.
> Dated: March 10, 2025
> New York, New York

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

**Lourdes Pastor**,
Plaintiff,

v.

**Sagal Fish Market Inc., Fernando Sanchez, and Adalgisa Hernandez**,
Defendants.

Case No. 1:24-cv-03899-ER

**LETTER MOTION FOR EXTENSION OF TIME TO FILE CHEEKS MOTION**

Honorable Judge Ramos:

Plaintiff respectfully requests a one-week extension of the deadline to submit the Cheeks motion in the above-referenced matter, from March 9, 2025, to March 16, 2025. The extension is necessary as Defendants require additional time to execute the settlement agreement.

This is the first request for an extension, and it is made in good faith. The extension will not prejudice any party or cause undue delay in the proceedings.

Plaintiff appreciates the Court's time and consideration.

Respectfully submitted,

**Lina Stillman**
Stillman Legal, P.C.
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 203-2417
Fax: (212) 203-9115
Email: LS@StillmanLegalPC.com